IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BLOCK C SOUTH TOWER** § | | |
| **RESIDENCES CONDOMINIUM** § | | |
| **RESIDENTIAL ASSOCIATION, INC.,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. **3:15-CV-1156-L** |
| § | | |
| **DANIEL CLARK BLACKBURN and** § | | |
| **LINDSEY LIL HUIZENGA,** Trustees, or § | | |
| Their Successors in Trust, Under the Daniel § | | |
| Clark Blackburn Revocable Living Trust, § | | |
| Dated November 5, 2010, and any § | | |
| Amendments thereto, and All Occupants, § | | |
| § | | |
| Defendants. § | | |

**ORDER**

Before the court is Block C South Tower Residences Condominium Residential Association, Inc.'s Application for Attorney's Fees, filed July 17, 2015. The court referred the matter to the Honorable Magistrate Judge Irma Carrillo Ramirez on July 20, 2015. Neither Daniel Clark Blackburn nor Lindsay Lil Huizenga filed a response to the application. On February 11, 2016, Magistrate Judge Ramirez issued her Findings, Conclusions, and Recommendation ("Report").

The Report recommended that the Application should be granted and Plaintiff awarded $3,932.52 in attorney's fees and costs. No objections to the Report were filed.

After carefully reviewing the record, Report, and applicable law, the court concludes that the findings and conclusions are correct, and they are accepted as those of the court. Accordingly, the court **grants** Block C South Tower Residences Condominium Residential Association, Inc.'s

Application for Attorney's Fees and awards Plaintiff $3,854 in attorney's fees and $78.52 as costs, for a total amount of **$3,932.52.** Daniel Clark Blackburn and Lindsey Lil Huizenga, jointly or severally, shall pay the amount awarded to Plaintiff on or before April 1, 2016.

**It is so ordered** this 29th day of February, 2016.

Sam A. Lindsay
United States District Judge